IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DIRECTV, LLC, a California limited
liability company                                                                              PLAINTIFF

vs.                                              Case No. 1:14-cv-1049

PERRY WILLIAMS, individually, and as officer,
director, shareholder, principal, manager and/or
member of JBS WING STOP & BURGERS, LLC,
d/b/a JB'S WING STOP & BURGERS; and JBS
WING STOP & BURGERS, LLC, d/b/a, WING
STOP & BURGERS                                                                              DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal. (ECF No. 13). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of March, 2015.

                                                                              /s/ Susan O. Hickey
                                                                              Susan O. Hickey
                                                                              United States District Judge